A07A1840, A07A2284. BLACKMON et al. v. TENET
HEALTHSYSTEM SPALDING, INC.; and vice versa.
A07A2283. WEBB et al. v. BLACKMON.
(669 SE2d 237)

BLACKBURN, Presiding Judge.

In *Blackmon v. Tenet Healthsystem Spalding*,[1] the Supreme Court of Georgia reversed the judgment of this Court as set forth in the remedy portion of Division 5 of *Blackmon v. Tenet Healthsystem*

---

*Spalding.*[2] Therefore, we vacate the remedy portion of Division 5 of our earlier opinion and adopt the opinion of the Supreme Court as our own. The remainder of our earlier opinion remains unchanged. Specifically, we observe that the Supreme Court has mandated that

> [i]nstead of reversing the state court's judgment, the Court of Appeals should have vacated the ruling on the motion for partial summary judgment and remanded the case with direction to the state court to transfer the matter to superior court in accordance with Article VI, Section I, Paragraph VIII of the Georgia Constitution.

*Blackmon*, supra at 284 Ga. 369. Accordingly, we hereby vacate the trial court's ruling on the motion for partial summary judgment and remand the case with direction that the state court comply with the Supreme Court's mandate regarding transfer.

*Judgment vacated and case remanded with direction. Ruffin and Bernes, JJ., concur.*

DECIDED NOVEMBER 7, 2008.

*Parks, Chesin & Walbert, David F. Walbert, Thomas D. Trask*, for appellants.

*Insley & Race, Kevin P. Race, Brian K. Mathis, Carlock, Copeland & Stair, Thomas S. Carlock, Eric J. Frisch, Evan H. Howell*, for appellees.

---

[2] *Blackmon v. Tenet Healthsystem Spalding*, 288 Ga. App. 137 (653 SE2d 333) (2007).